**Jose BORRELLO, Plaintiff-Appellee,**

v.

**PERERA COMPANY, INC.,**
**Defendant-Appellant.**

**No. 746, Docket 74-2466.**

United States Court of Appeals,
Second Circuit.

Argued March 24, 1975.

Decided March 25, 1975.

Harry Litwin, New York City (Greenwald, Kovner & Goldsmith, New York City, on the brief), for appellant.

Lawrence W. Pollack, New York City (Migdal, Tenney, Glass & Pollack, Frank & Fredericks, New York City, on the brief), for appellee.

Before KAUFMAN, Chief Judge, MULLIGAN, Circuit Judge, and THOMSEN,* District Judge.

PER CURIAM:

We affirm for the reasons stated in Judge Levet's opinion, Borrello v. Perera Company, Inc., 381 F.Supp. 1226 (S.D.N.Y.1974).